IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:24-cr-95 |
| v. | UNITED STATES' SENTENCING MEMORANDUM |
| MICHAEL JOSEPH CORCORAN II, also known as "Mikey" or "Ikee," | |
| Defendant. | |

Despite being on probation for being a felon in possession of a firearm (a firearm he possessed and fired while drunk), Michael Joseph Corcoran II began assembling an arsenal. He bragged on Snapchat about his guns. He sought out extended magazines and "rip rounds" that would do more "damage." He got Austin Ling to purchase at least two firearms on his behalf and facilitated Ling purchasing a firearm for a juvenile. And this follows a criminal history that is rife with violence and a clear disregard for the law. This Court should sentence Corcoran to 72 months in prison.

I.   **Background**

On July 16, 2024, Corcoran was indicted on straw purchasing and firearms trafficking conspiracy charges (Counts 1 and 2) and a felon in possession charge (Count 5). (ECF 2.) The Indictment included a notice of forfeiture for any firearms, magazines, and ammunition involved in the offense. (*Id.*) On October 9, 2024, Corcoran pleaded guilty to Count 2 of the Indictment, Firearms Trafficking Conspiracy in violation of 18 U.S.C. § 933(a)(3) and 933(b), and Count 5 of the Indictment, Felon in Possession of a Firearm in violation 18 U.S.C. §§ 922(g)(1) and

1

924(a)(8). (ECF 52 ¶ 1.) Corcoran agreed to forfeiture of the firearms, magazines, and ammunition in the Indictment. (*Id.*)

There are no outstanding objections to Corcoran's final presentence investigation report (the "PSR"). The PSR calculates Corcoran's advisory guidelines range as follows:

| | |
|---|---|
| Base (USSG §2K2.1(a)(4)(B)) | 20 |
| Involving 3-7 firearms (USSG §2K2.1(b)(1)(A)) | +2 |
| Transfer to person under criminal justice sentence (USSG §2K2.1(b)(5)(C)) | +5 |
| Acceptance (§3E1.1) | -3 |
| **Total Offense Level** | **24** |
| **Criminal History** | **III** |
| **Advisory Guidelines Range** | **63-78** |

(PSR ¶¶ 28-38, 115).

## II. The 18 U.S.C. § 3553(a) Factors Support a 72-Month Term of Imprisonment

Based on the sentencing factors set forth in 18 U.S.C. § 3553(a), a term of imprisonment of 72 months is "sufficient but not greater than necessary." The sentence accounts for all the aggravating and mitigating factors presented by Corcoran and his criminal conduct. That sentence specifically reflects the number and type of firearms and accessories Corcoran was amassing, his brazen disregard for the law, and the seriousness of his criminal history despite his relative youth.

Corcoran didn't let being a multi-time felon and on probation for being a felon in possession of a firearm deter him from seeking out and obtaining more guns. He purchased at least two through Ling. (PSR ¶¶ 15, 18(c)-(g)). He appeared to be buying firearms and ammunition from others, including "blood sis." (*See* PSR ¶ 18(b).) He

2

posted Snapchat videos showing firearms he obtained. (PSR ¶¶ 18(a), 19.) He had conversations with Ling and others—including a juvenile—about obtaining extended magazines, "rip rounds" that would do more damage to a victim, and an "Uzi." (PSR ¶¶ 18(b), 18(e), 21.) And Corcoran appeared to be facilitating Ling's purchase of firearms for a juvenile. (PSR ¶¶ 15, 21.)

Corcoran's criminal history is also very concerning. The instant conduct comes on the heels of Corcoran's December 2023 conviction for being a felon in possession of a firearm—a conviction arising out of Corcoran getting drunk and firing several rounds into the air. (PSR ¶ 47.) He has repeated convictions for criminal trespass and burglary. (PSR ¶¶ 42-44, 46.) He has multiple arrests or convictions for domestic battery. (PSR ¶¶ 45, 61.) And he has multiple arrests for resisting an officer or disorderly conduct. (PSR ¶¶ 46, 51, 55.)

A 72-month prison sentence is necessary to account for the extent of Corcoran's offenses; to protect the public from someone who has a history of violence and demonstrated, time and again, a lack of respect for the law; and to impress upon Corcoran the seriousness of his crimes.

## Conclusion

For the reasons set forth above, the government respectfully requests that the Court impose a 72-month term of imprisonment and order Corcoran to forfeit property as set forth in the government's motion for a preliminary order of forfeiture.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: */s/ Joseph H. Lubben*
Joseph H. Lubben
Assistant United States Attorney
Neal Smith Federal Building
210 Walnut Street, Suite 455
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: Joseph.Lubben@usdoj.gov

CERTIFICATE OF SERVICE
I hereby certify that on February 19, 2025, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:
\_\_\_\_U.S. Mail _____ Fax \_\_\_\_\_Hand Delivery

 X   ECF/Electronic filing  \_\_\_Other means

UNITED STATES ATTORNEY
By: */s/Alisha Rankin, Paralegal Specialist*